## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYDIA CURTIN-WILDING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRUSTEES OF BOSTON UNIVERSITY, <br><br> Defendant. | Case No. 1:25-cv-10432-WGY |

## **DEFENDANT'S MOTION FOR RECUSAL**

Pursuant to 28 U.S.C. § 455(a) and (b), Defendant Trustees of Boston University ("Boston University") respectfully moves for the recusal of the Honorable William G. Young, who was assigned to this matter on February 21, 2025. Plaintiff Lydia Curtin-Wilding ("Plaintiff") alleges that Boston University violated the Massachusetts Wage Act, M.G.L. ch. 149 § 148, by paying certain employees on a monthly basis and seeks to represent a class of "[a]ll exempt employees of Boston University, who were paid monthly (or on a less frequent basis) at any time between February 18, 2022, and August 1, 2023." Dkt. 1, ¶ 19. This case was assigned to Judge William G. Young on February 21, 2025. Dkt. 2. From 1979 to 2020, Judge Young served as a part-time lecturer at Boston University's law school and was compensated monthly, on a per-course basis. Accordingly, due to his extrajudicial knowledge of potential disputed evidentiary facts in this case, Boston University respectfully requests that Judge Young recuse himself from this case pursuant to 28 U.S.C. § 455(a) and (b).

DATED: April 11, 2025

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY

By Its Attorneys:

/s/ *Molly C. Mooney*
Robert A. Fisher (BBO# 643797)
rfisher@seyfarth.com
Barry J. Miller (BBO# 661596)
bmiller@seyfarth.com
Molly C. Mooney (BBO# 687812)
mmooney@seyfarth.com
Emily C. Ehl (BBO# 640152)
eehl@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:  (617) 946-4800
Facsimile:   (617) 946-4801

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify pursuant to Local Rule 7.1(a)(2) that on April 10, 2025 and April 11, 2025, I conferred in good faith with counsel for Plaintiff by email in order to resolve or narrow the issues presented by this motion. Plaintiff intends to oppose this Motion.

*/s/ Molly C. Mooney*
Molly C. Mooney

## CERTIFICATE OF SERVICE

I, Molly C. Mooney, certify that on April 11, 2025, I caused a true and accurate copy of the foregoing document to be filed and uploaded to the CM/ECF system.

*/s/ Molly C. Mooney*
Counsel for Defendants