UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 25cv10432-WGY

LYDIA CURTIN-WILDING

V.

TRUSTEES OF BOSTON UNIVERSITY

**ORDER OF RECUSAL**

YOUNG, D.J.

    I hereby recuse myself from consideration of the above entitled action pursuant to 28 U.S.C. § 455.

SO ORDERED.

    WILLIAM G. YOUNG
    UNITED STATES DISTRICT JUDGE

    By the Court,

    /s/Matthew A. Paine
    Deputy Clerk

APRIL 29, 2025