UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Lydia Curtin-Wilding
    Plaintiff

                                                                 CIVIL ACTION NO.:
        v.                                             1:25-cv-10432-RGS

Trustees of Boston University
    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JUDGMENT**
August 27, 2025

Stearns, D.J.

In accordance with the Memorandum and Order entered on August 27, 2025, GRANTING Motion for Judgment on the Pleadings, Judgment is entered for Trustees of Boston University. This case is hereby DISMISSED.

        SO ORDERED.

                                              /s/ Richard G. Stearns
                                              RICHARD G. STEARNS
                                              United States District Judge